■ In the Matter of MICHAEL BRUNO et al., Appellants, v VILLAGE OF TUXEDO PARK PLANNING BOARD et al., Respondents. [53 NYS3d 562]—

In a proceeding pursuant to CPLR article 78, inter alia, to review a determination of the respondent Village of Tuxedo Park Planning Board dated November 5, 2014, granting site

plan approval to the respondent CC Road Tuxedo Park, LLC, the petitioners appeal from a judgment of the Supreme Court, Orange County (Bartlett, J.), dated June 10, 2015, which denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs.

A local planning board has broad discretion in deciding applications for site-plan approvals, and judicial review is limited to determining whether the board's action was illegal, arbitrary and capricious, or an abuse of discretion (see *Matter of Hejna v Planning Bd. of Vil. of Amityville*, 105 AD3d 846 [2013]; *Matter of Kearney v Kita*, 62 AD3d 1000, 1001 [2009]). Here, the determination of the Village of Tuxedo Park Planning Board had a rational basis, and was not illegal, arbitrary and capricious, or an abuse of discretion (see *Matter of Harbor Park Realty, LLC v Mandelik*, 116 AD3d 1040 [2014]; *Matter of Hejna v Planning Bd. of Vil. of Amityville*, 105 AD3d at 846; *Matter of Kearney v Kita*, 62 AD3d at 1002).

Accordingly, the Supreme Court properly denied the petition and dismissed the proceeding. Dillon, J.P., Cohen, Duffy and Connolly, JJ., concur.